```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

              SEP 15 ___

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

JOHN M. TOWNSEND,                )
                                 )
            Plaintiff,           )      3:06-cv-00477-LRH (RAM)
                                 )
v.                               )
                                 )      O R D E R
SGT. ADAMSON, et al.,            )
                                 )
            Defendants.          )
_____)

Before this Court is Report and Recommendation of U.S. Magistrate Robert A. McQuaid, Jr. (#29[1]) entered on July 7, 2008, recommending granting Defendants' Motion for Summary Judgment (#23) filed on October 8, 2007. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#32) on August 22, 2008, and Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#34) on September 8, 2008, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate

---

[1] Refers to court's docket number.

Judge's Report and Recommendation (#29) entered on July 7, 2008, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#29) entered on July 7, 2008, is adopted and accepted, and Defendant's Motion for Summary (#23) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 12ᵀ day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE